**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**



**FILED**

DEC 27 2018

Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| ARTHUR N. PUTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:18-cv-2891 (UNA) |
| | ) | |
| CHUCK GRASSLEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint, which includes an emergency motion for hearing, and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application [2] and the complaint [1] will be dismissed without prejudice. Plaintiff's motion for emergency hearing [3] will be denied.

The instant complaint is substantially similar to another filed by plaintiff in a recent lawsuit, *see Putman v. Grassley, et al.*, No. 18-cv-2890 (D.D.C. filed Dec. 10, 2018), and this matter will be dismissed as duplicative.

An Order is issued separately.

Randal D. Moss
United States District Judge

Date: December 26 2018